UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| PHARO WILSON,<br><br>    **Plaintiff,**<br><br>v.<br><br>DAVID GREEN, *Warden of the Eastern Kentucky Correctional Complex,*<br><br>    **Defendant.** | CIVIL ACTION NO. 2:22-48-KKC-EBA<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Magistrate Judge's Report and Recommendation (DE 20) regarding Plaintiff Pharo Wilson's motion for leave to proceed *in forma pauperis* (DE 2). The Recommendation instructed Plaintiff to file any particularized objections to the decision within fourteen days of service or waive further appeal. (DE 20 at 2-3.) Plaintiff has not objected, and the deadline to do so has passed.

The Recommendation finds that denial of Wilson's motion is appropriate. (DE 20 at 1.) Wilson has received deposits totaling $642.01 into his inmate account, averaging $107.00 in deposits per month. (DE 3 at 1.) Therefore, Wilson has the resources to pay the $5 filing fee and other fees associated with this action. (DE 20 at 1.) Accordingly, the Recommendation concludes that Wilson's motion for leave to proceed *in forma pauperis* should be denied. (*Id.* at 2.) The Magistrate Judge also recommends that this Court give Wilson 30 days to pay the required $5 filing fee and warn him that his failure to pay the fee could result in dismissal of his case. (*Id.* at 2-3.)

After review of the record, the Court agrees with the Report and Recommendation's analysis and finds denial of Wilson's motion is appropriate.

Accordingly, the Court hereby ORDERS as follows:

1. The Report and Recommendation (DE 20) is ADOPTED as the Court's opinion;

2. Plaintiff Pharo Wilson's motion for leave to proceed *in forma pauperis* (DE 2) is DENIED; and

3. Plaintiff SHALL PAY the $5 filing fee within thirty (30) days of the entry date of this Order. Failure to timely pay the $5 filing fee could result in dismissal of Plaintiff's action.

November 22, 2022

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY