UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **PHARO WILSON,** | **CIVIL ACTION NO. 2:22-48-KKC-EBA** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **DAVID GREEN,** *Warden of the Eastern Kentucky Correctional Complex,* | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Magistrate Judge's Report and Recommendation (DE 24) regarding Plaintiff Pharo Wilson's petition for habeas corpus relief under 28 U.S.C. § 2254. The Recommendation instructed Plaintiff to file any particularized objections to the decision within fourteen days of service or waive further appeal. (DE 24 at 10.) Plaintiff has not objected, and the deadline to do so has passed.

In his petition, Wilson requests that the Court reverse his convictions for attempted murder, being a second-degree persistent felony offender, and being a felon in possession of a handgun. (*Id.* at 1-2) Wilson seeks a remand of his case back to state court. (*Id.* at 1.) According to the Recommendation, Wilson's conviction became final on December 24, 2015, and therefore, he had one year after that date to file his habeas petition with this Court. (*Id.* at 5.) Because a series of collateral attacks tolled the statute of limitations, Wilson ultimately had until August 28, 2020, to file his petition. (*Id.* at 8.) Although Wilson subsequently filed another appeal and another collateral attack motion, the Magistrate Judge finds that those filings did not further toll the statute of limitations. (*Id.*) Accordingly, the Recommendation

1

concludes that Wilson failed to timely file his petition because he did not file it until April 2022, and equitable tolling does not apply. (*Id.* at 8-9.) The Magistrate Judge thus recommends that the Court deny both Wilson's § 2254 petition and a Certificate of Appealability. (*Id.* at 9.)

After review of the record, the Court agrees with the Report and Recommendation's analysis and finds denial of the § 2254 petition is appropriate.

Accordingly, the Court hereby ORDERS as follows:

1. The Report and Recommendation (DE 24) is ADOPTED as the Court's opinion;

2. Plaintiff Pharo Wilson's petition under 28 U.S.C. § 2254 (DE 1) is DISMISSED with PREJUDICE;

3. A Certificate of Appealability SHALL NOT issue;

4. This matter is STRICKEN from the Court's active docket; and

5. A judgment SHALL BE ENTERED contemporaneously with this Order.

This 5th day of January, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY